# Exhibit G

| 9428720 Claim 1 Element | Infringing Product with reference to Figure 1. |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first cap comprising an upper circular surface opposite a lower surface and spaced apart by a cylindrical side surface having a plurality of parallel striations disposed thereon | The infringing product has a generally disk shaped cap (12)  with an upper circular surface (14) opposite a lower surface (16) with striations (20) on the side of the cap (12) |
| and a cap nipple extending from the lower surface of the first cap comprising a groove adjacent to the lower surface | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16) |
| and outer threading on an outer surface of the cap nipple, and an o-ring disposed within the groove; and | The infringing product's nipple (22) has outer threading (26) and an o-ring (50) within the groove (24) |
| a first container comprising a generally cylindrical body portion defining a first cavity and that includes a closed end portion | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion | The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| an indent located generally at the center of the closed end portion | The infringing product's closed end portion (36) has an indent (42) located at the center |
| and a generally circular rib disposed therebetween | The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| a neck defining a passage in fluid communication with the first cavity and constructed and arranged to receive the first cap and sealingly close the cavity | The infringing product's growler (10) includes a neck (48) defining a through passage (64) and which recieves a cap (12) to sealingly close the cavity. (34) |
| wherein the container and the first cap form a high pressure vessel | The infringing product's is constructed and arranged to contain pressurized fluids |
| and wherein the neck further comprises: | |

| | |
|---|---|
| an inner threading within the passage constructed and arranged to thread and mechanically engage with the outer threading of the cap | The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12) |
| and a chamfered flange constructed and arranged to receive and engage the o-ring to sealingly close the cavity when the first cap is threaded with the neck so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |
| and wherein the chamfered flange extends outwardly from an outer surface of the neck at a predetermined angle ranging from about 30 to about 60 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends about 30 to about 60 degrees from parallel with the neck. (48) |

| 9428720 Claim 2 Element | Infringing Product with reference t |
|---|---|
| The mini-keg growler according claim 1, further comprising: | |
| a collar extending from the conical portion of the container and ending at a first rolled lip | The infringing product has a collar (52) which functions as a carrying handle extending from the conical portion (46) of the growler and ending at an upper, rolled lip (54) |
| and further comprising a second rolled lip defining at least one through hole in the collar. | The infringing product's collar (52) features at least one through hole (58) featuring a second rolled lip (56) |

| 9428720 Claim 3 Element | Infringing Product |
|---|---|
| The mini-keg growler according claim 1, | |
| wherein the predetermined angle ranges from about 40 to about 50 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends from the neck (48) at about 40-50 degrees from parallel with the neck (48) |

| 9428720 Claim 4 Element | Infringing Product with reference to Fi |
|---|---|
| The mini-keg growler according claim 1, | |
| wherein the predetermined angle is about 45 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends from the neck (48) at about 45 degrees from parallel with the neck (48) |

| 9428720 Claim 5 Element | Infringing Product with reference to Figure |
|---|---|
| The mini-keg growler according claim 1, | |
| wherein the nipple of the first cap defines a second cavity. | The infringing product's nipple (22) defines a cavity (66) therein resulting in an essentially hollow nipple (22) |

| 9428720 Claim 6 Element | Infringing Product with ref |
|---|---|
| The mini-keg growler according claim 1, | |
| wherein the high pressure vessel is constructed and arranged to withstand internal pressure ranging from about 5 PSI to about 15 PSI. | The infringing product's is constructed and arranged to contain pressurized fluids |

| 9428720 Claim 8 Element | Infringing Product with reference to Figu |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first cap comprising an upper circular surface opposite a lower surface and spaced apart by a cylindrical side surface having a plurality of parallel striations disposed thereon | The infringing product has a generally disk shaped cap (12)  with an upper circular surface (14) opposite a lower surface (16) with striations (20) on the side of the cap (12) |
| and a cap nipple extending from the lower surface of the first cap comprising a groove adjacent to the lower surface | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16) |
| and outer threading on an outer surface of the cap nipple, and an o-ring disposed within the groove; and | The infringing product's nipple (22) has outer threading (26) and an o-ring (50) within the groove (24) |
| a first container comprising a generally cylindrical body portion defining a first cavity and that includes a closed end portion | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion | The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| an indent located generally at the center of the closed end portion | The infringing product's closed end portion (36) has an indent (42) located that the center |
| and a generally circular rib disposed therebetween | The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| a neck defining a passage in fluid communication with the first cavity and constructed and arranged to receive the first cap and sealingly close the cavity | The infringing product's growler (10) includes a neck (48) defining a through passage (64) and which recieves a cap (12) to sealingly close the cavity. (34) |

| | |
|---|---|
| and wherein the neck further comprises: | |
| an inner threading within the passage constructed and arranged to thread and mechanically engage with the outer threading of the cap | The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12) |
| and a chamfered flange constructed and arranged to receive and engage the o-ring to sealingly close the cavity when the first cap is threaded with the neck so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |
| wherein the high pressure vessel is constructed and arranged to withstand internal pressure to about 50 PSI, | The infringing product's is constructed and arranged to contain pressurized fluids |
| and wherein the chamfered flange extends outwardly from an outer surface of the neck at a predetermined angle ranging from about 30 to about 60 degrees from parallel with the neck. | The infringing product's neck (64) features a chamfered flange (62) which extends from the neck (64) at an angle between about 30 to about 60 degrees |
| and a collar extending from the conical portion of the container and ending at a first rolled lip and further comprising a second rolled lip defining at least one through hole in the collar. | The infringing product has a collar (52) which functions as a carrying handle extending from the conical portion (46) of the growler and ending at an upper, rolled lip (54). The infringing product's collar (52) features at least one through hole (58) featuring a second rolled lip (56) |

| 9428720 Claim 9 Element | Infringing Product with reference t |
|---|---|
| The mini-keg growler according claim 8, further comprising: | |
| wherein the predetermined angle ranges from about 30 to about 60 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends from the neck (48) at about 30-60 degrees from parallel with the neck (48) |

| 9428720 Claim 10 Element | Infringing Product with reference to F |
|---|---|
| The mini-keg growler according claim 8, | |
| wherein the predetermined angle is about 45 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends from the neck (48) at about 45 degrees from parallel with the neck (48) |

| 9428720 Claim 11 Element | Infringing Product with reference to |
|---|---|
| The mini-keg growler according claim 8, | |
| wherein the container and the cap form a high pressure vessel. | The infringing product's is constructed and arranged to contain pressurized fluids |

| 9428720 Claim 12 Element | Infringing Product with refer |
|---|---|
| The mini-keg growler according claim 11, | |
| wherein the high pressure vessel is constructed and arranged to withstand internal pressure ranging from about 5 PSI to about 15 PSI. | The infringing product's is constructed and arranged to contain pressurized fluids |

| 9428720 Claim 13 Element | Infringing Product with referenc |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a mini-keg growler container comprising a generally cylindrical body portion defining a first cavity and that includes a closed end portion | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| a closed end portion comprising a bottom surface comprising a truncated cone shaped indent located generally at the center of the closed end portion wherein the truncated cone shaped indent comprises a plateau located generally at the center of the closed end portion | The infringing product's bottom, closed end portion (36) has a truncated cone indent (42) having a plateau located that the center of the closed end portion (36) |
| the first container further comprising a portion extending opposite the closed end portion and to an elongated neck defining a passage in fluid communication with the first cavity | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| the neck comprising a chamfered flange constructed and arranged to receive and engage an o-ring to sealingly close the first cavity when a first cap is threaded with the neck | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |
| so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove when the first cap is closed | The infringing product's chamfered flange (62) fully and engages with the o-ring (50) which is disposed within the groove (24) when the cap (12) is closed |
| and wherein the chamfered flange extends outwardly from an outer surface of the neck at a predetermined angle ranging from about 30 to about 60 degrees from parallel with the neck | The infringing product's neck (64) features a chamfered flange (62) extending at about 30 to 60 degrees from parallel with the neck (48) |

| | |
|---|---|
| and the first cap comprising an upper circular surface opposite a lower surface and spaced apart by a cylindrical side surface | The infringing product has a generally disk shaped cap (12) with an upper circular surface (14) opposite a lower surface (16) |
| and a cap nipple extending from the lower surface of the first cap comprising a groove adjacent to the lower surface and the o-ring disposed within the groove. | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16). The infringing product's nipple (22) has outer threading (26) and an o-ring (50) within the groove (24) |

| 9428720 Claim 14 Element | Infringing Product with referen |
|---|---|
| The mini-keg growler according claim 13, | |
| wherein the cavity is about one gallon or less in volume. | The infringing product is offered in half-gallon and one gallong varieties. |

| 9428720 Claim 15 Element | Infringing Product with refere... |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first cap comprising an upper circular surface opposite a lower surface and spaced apart by a cylindrical side surface having a plurality of parallel striations disposed thereon | The infringing product has a generally disk shaped cap (12) with an upper circular surface (14) opposite a lower surface (16) and a plurality of striations (20) disposed on the side surface (12) |
| and a cap nipple extending from the lower surface of the first cap comprising a recessed groove adjacent to the lower surface and outer threading on an outer surface of the cap nipple | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16) and outer threading (26) on the outer surface |
|  and an o-ring disposed within the groove; and | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16) and an o-ring (50) is disposed within the groove (24) |
| a first container comprising a generally cylindrical body portion defining a first cavity of about one gallon or less in volume | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |

| | |
|---|---|
| and that includes a closed end portion comprising a bottom surface defining a circular outer lip affixed of the generally cylindrical body portion to the closed end portion, | The infringing product has a bottom closed end (36) with an outer lip (40). The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| a truncated cone shaped indent located generally at the center of the closed end portion wherein the truncated cone shaped indent comprises a plateau located generally at the center of the truncated cone shaped and indent and the closed end portion | The infringing product's bottom, closed end portion (36) has a truncated cone indent (42) having a plateau located that the center of the closed end portion (36) |
| and a generally circular rib disposed therebetween, | The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck defining a passage in fluid communication with the first cavity | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) and defining a passage (64) in communication with the cavity |
| and a chamfered flange constructed and arranged to receive and engage an o-ring to sealingly close the cavity when the first cap is threaded with the neck | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |

| | |
|---|---|
| so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove when the cap is closed. | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |

| 9428720 Claim 16 Element | Infringing Product with reference |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first container comprising a generally cylindrical body portion defining a first cavity of about one gallon or less in volume | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| and that comprises a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion, | The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| an indent located generally at the center of the closed end portion, and a generally circular rib disposed therebetween | The infringing product's closed end portion (36) has an indent (42) located that the center. The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck defining a passage in fluid communication with the first cavity | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| and constructed and arranged to receive a cap and sealingly close the cavity | The infringing product's neck (48) includes threading to receive a cap (12) and sealingly close the growler (10) |

| | |
|---|---|
| wherein the neck further comprises an inner threading within the passage constructed and arranged to thread and mechanically fully and directly engage with the cap and a chamfered flange constructed and arranged to receive and engage an o-ring to sealingly close the cavity when the cap is threaded with the neck | The infringing product's growler (10) includes a neck (48) defining a through passage (64) and which recieves a cap (12) to sealingly close the cavity (34). The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12). |
| and wherein the chamfered flange extends outwardly from an outer surface of the neck at a predetermined angle ranging from about 30 to about 60 degrees from parallel with the neck | The infringing product's chamfered flange (62) extends about 30 to about 60 degrees from parallel with the neck. (48) |
| and a collar extending from the conical portion of the container and ending at a first rolled lip and further comprising a second rolled lip defining at least one through hole in the collar | The infringing product has a collar (52) which functions as a carrying handle extending from the conical portion (46) of the growler and ending at an upper, rolled lip (54). The infringing product's collar (52) features at least one through hole (58) featuring a second rolled lip (56) |

| 9428720 Claim 17 Element | Infringing Product with reference to Fig |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first mini-keg growler container comprising a generally cylindrical body portion defining a first cavity | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| and that comprises a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion, | The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| and a collar connected to the body portion and having a shoulder and a first rolled lip and further comprising a second rolled lip defining at least one through hole in the collar, | The infringing product has a collar (52) which functions as a carrying handle extending from the conical portion (46) of the growler and ending at an upper, rolled lip (54). The infringing product's collar (52) features at least one through hole (58) featuring a second rolled lip (56) |
| wherein the cavity is about one gallon or less in volume | The infringing product is about one gallon or less in volume |
| and further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| the neck comprising a chamfered flange constructed and arranged to receive and engage an o-ring to sealingly close the first cavity when a first cap is threaded with the neck so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove. | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |

| 9428720 Claim 18 Element | Infringing Product with reference to |
|---|---|
| The mini-keg growler according claim 17, | |
| wherein the first container further comprises a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| defining a passage in fluid communication with the first cavity and constructed and arranged to receive the first cap and sealingly close the cavity. | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) and defining a passage (64) in communication with the cavity and which may sealingly mate with the cap (12) |

| 9428720 Claim 19 Element | Infringing Product with reference to Fi |
|---|---|
| The mini-keg growler according claim 18, | |
| wherein the neck further comprises an inner threading within the passage constructed and arranged to thread and mechanically engage with an outer threading of the cap | The infringing product's growler (10) includes a neck (48) defining a through passage (64) and which recieves a cap (12) to sealingly close the cavity (34). The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12). |
| and a chamfered flange constructed and arranged to receive and engage an o-ring to sealingly close the cavity when the first cap is threaded with the neck. | The infringing product's chamfered flange (62) fully and engages with the o-ring (50) which is disposed within the groove (24) when the cap (12) is closed |

| 9428720 Claim 20 Element | Infringing Product with reference to |
|---|---|
| The mini-keg growler according claim 17, | |
| wherein the generally cylindrical body portion formed therein an indent located generally at the center of the closed end portion. | The infringing product's bottom, closed end portion (36) has a truncated cone indent (42) having a plateau located that the center of the closed end portion (36) |

| 9428720 Claim 21 Element | Infringing Product with refer |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first mini-keg growler container comprising a generally cylindrical body portion defining a first cavity | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36) |
| and that comprises a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion | The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| wherein the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48) |
| a neck comprising a chamfered flange defining a passage in fluid communication with the first cavity and constructed and arranged to receive a first cap | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |
| a first cap comprising a cap nipple extending from a lower surface of the first cap comprising a recess groove adjacent to the lower surface on an outer surface of the cap nipple | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16) |

| | |
|---|---|
| , and an o-ring disposed within the recessed groove and sealingly close the cavity wherein the cap depresses the o-ring against the chamfered flange | The infringing product's nipple (22) has outer threading (26) and an o-ring (50) within the groove (24) |
| wherein the chamfered flange is fully and directly engaged with the o-ring | The infringing product's chamfered flange (62) fully and engages with the o-ring (50) which is disposed within the groove (24) when the cap (12) is closed |
| , and a collar extending from the conical portion and having a shoulder and a first rolled lip and further comprising a second rolled lip defining at least one through hole in the collar, | The infringing product has a collar (52) which functions as a carrying handle extending from the conical portion (46) of the growler and ending at an upper, rolled lip (54). The infringing product's collar (52) features at least one through hole (58) featuring a second rolled lip (56) |
| wherein the cavity is about one gallon or less in volume. | The infringing product's cavity is about one gallon or less in volume. |

| 9428720 Claim 22 Element | Infringing Product with reference |
|---|---|
| The mini-keg growler according claim 21, | |
| wherein the high pressure vessel is constructed and arranged to withstand internal pressure to about 50 PSI. | The infringing product is a high pressure vessel which is constructed and arranged to withstand internal pressure to about 50 PSI. |

| 9428720 Claim 23 Element | Infringing Product with reference to |
|---|---|
| a mini-keg growler comprising: | The infringing product is a steel growler (10, 30) resembling a beer keg and can contain 64 oz or 128 oz of fluid |
| a first cap comprising an upper circular surface opposite a lower surface and spaced apart by a cylindrical side surface | The infringing product has a generally disk shaped cap (12)  with an upper circular surface (14) opposite a lower surface (16) with striations (20) on the side of the cap (12) |
| and a cap nipple extending from the lower surface of the first cap comprising a groove adjacent to the lower surface and outer threading on an outer surface of the cap nipple, and an o-ring disposed within the groove | The infringing product's cap (12) has a nipple (22) or cylindrical portion extending from the lower surface (16) and includes a groove (24) where the nipple (22) meets the lower surface (16). The infringing product's nipple (22) has outer threading (26) and an o-ring (50) within the groove (24) |
| and a first container comprising a generally cylindrical body portion defining a first cavity and that includes a closed end portion comprising a bottom surface defining a circular outer lip affixed to the generally cylindrical body portion of the closed end portion | The infringing product's growler body (32) is generally cylindrical and defines a cavity (34) wherein one end of the cylinder is closed (36). The infringing product's bottom, closed end portion (36) defines a circular outer lip (40) attached the the body of the growler (32) |
| and wherein the neck further comprises |  |
| an inner threading within the passage constructed and arranged to thread and mechanically engage with the outer threading of the cap | The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12) |

| | |
|---|---|
| and a chamfered flange constructed and arranged to receive and engage the o-ring to sealingly close the cavity when the first cap is threaded with the neck so that the chamfered flange is fully and directly engaged with the o-ring disposed in the groove | The infringing product's neck (64) features a chamfered flange (62) which is constructed to engage the o-ring (50) in order to fully and directly engage with the o-ring (50) disposed within the groove (24) defined by the cap (12) |
| and wherein the chamfered flange extends outwardly from an outer surface of the neck at a predetermined angle ranging from about 30 to about 60 degrees from parallel with the neck. | The infringing product's chamfered flange (62) extends about 30 to about 60 degrees from parallel with the neck. (48) |

| 9428720 Claim 24 Element | Infringing Product with reference to Fig |
|---|---|
| The mini-keg growler according claim 23, | |
| wherein an indent is located generally at the center of the closed end portion | The infringing product's closed end portion (36) has an indent (42) located at the center |
| and further comprising a generally circular rib disposed between the indent and the circular outer lip | The infringing product's closed end portion (36) features a raised rib (44) disposed between the circular outer lip (40) and the indent (42) in the closed end portion (36) |
| the first container further comprising a conical portion extending opposite the closed end portion and converging toward and being affixed to a neck defining a passage in fluid communication with the first cavity | The infringing product's growler (10, 30) include a conical portion (46) extending from the body (30), opposite the closed end portion (36), and converging towards the neck (48) and being attached to the neck (48). The infringing product's growler (10) includes a neck (48) defining a through passage (64) and which recieves a cap (12) to sealingly close the cavity. (34) |
| and constructed and arranged to receive the first cap and sealingly close the cavity wherein the container and the first cap form a high pressure vessel. | The infringing product's neck passage (64) includes internal threading (60) which may mate and seal with the threading of the cap (12). The infringing product's is constructed and arranged to contain pressurized fluids |

1.