# Exhibit I

| 9111131 Claim 1 Element | Infringing Product with reference to D4-D6 |
| --- | --- |
| a product comprising | The infringing product is a product (10) |
| a mini-keg growler cap comprising a head comprising; | The infringing product includes a head (12) |
| an upper disc shaped surface; | The infringing product's head (12) has an upper disc shaped surface (14) |
| an opposite lower surface connected to a cylindrical surface having a plurality of parallel striations defined thereon; | The infringing product's head (12) has a lower surface (16) connected to a cylindrical surface (18) having a plurality of parallel striations (20) thereon |
| a tapered surface extending between the cylindrical side surface and the disc shaped top surface and having a plurality of flat portions on the tapered surface; | The infringing product's head (12) includes a tapered surface (22) extending from the cylindrical surface (18) to the upper disc shaped surface (14) and a plurality of flat portions (24) thereon |
| a plurality of through-holes defined by the cap on the plurality of flat portions | The infringing product's head (12) includes a plurality of through-holes (26) defined by the cap on the plurality of flat portions (24) |
| wherein the plurality of through-holes facilitate attachment of a pressure relief valve in a first through-hole; | The infringing product's plurality of through-holes (26) facilitate the attachment of a pressure relief valve (28) in the first through-hole (30) |
| a gas post in a second through-hole, | The infringing product includes a gas post (32) in a second through-hole (34,38) |
| and a fluid outlet in a third through-hole; and | The infringing product includes a fluid outlet (36) in a third through-hole (34,38) |
| a threaded nipple extending from the lower surface constructured and arranged to sealingly mate with a growler. | The infringing product includes a threaded nipple (42) extending from the lower surface (16) constructed and arranged to mate with a growler (40) |

| 9111131 Claim 2 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 1, | The infringing product is identical to that of Claim 1 |
| wherein the first through-hole comprises a first threaded port constructed and arranged to sealingly receive a pressure relief valve | The infringing product's first through-hole (30) is threaded and sealingly recieves a pressure relief valve (28) |

| 9111131 Claim 3 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 1, | The infringing product is identical to that of Claim 1 |
| wherein the second through-hole comprises a second threaded port constructed and arranged to sealingly receive a dip tube | The infringing product's second through-hole (34,38) is threaded and sealingly recieves a dip tube (44) |

| 9111131 Claim 4 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 1, | The infringing product is identical to that of Claim 1 |
| wherein the third through-hole comprises a thirdthreaded port constructed and arranged to sealingly receive a gas post | The infringing product's third through-hole (34,38) is threaded and sealingly recieves a gas post (32) |

| 9111131 Claim 7 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 1, | The infringing product is identical to that of Claim 1 |
| wherein the second through-hole comprises a second threaded port constructed and arranged to sealingly receive a connector having a first male threaded nipple spaced apart by a nut portion and defining a channel therethrough | The infringing product's second through-hole (34,38) is threaded and sealingly recieves a connector (48) defining a channel therethrough |

| 9111131 Claim 8 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 7, | The infringing product is identical to that of Claim 7 |
| further comprising a faucet shank | The infringing product include a faucet shank (52) |
| constructed and arranged to be threaded to the connector | The infringing product includes a faucet shank threaded via a connector (48) to the second through-hole (34) |
| and comprising a closed first end, an opposite second end, and a through hole extending between the two | The infringing product's faucet shank (52) including a closed first end (54), an opposite second end (56), and a through hole extending between the two |
| such that fluid is capable of flowing from the second threaded port, through the channel within the connector and into the through hole of the faucet shank | The infringing product's faucet shank (52) is constructed and arranged to flow fluid from the second threaded port, through the channel within the connector (48) and through the through hole of the faucet shank (52) |

| 9111131 Claim 9 Element | Infringing Product with reference to D4-D6 |
|---|---|
| A product as set forth in claim 8, | The infringing product is identical to that of Claim 8 |
| further comprising a beer faucet connected to the second end of the faucet shank; and | The infringing product includes a beer faucet (50) connected to the second end (56) of the faucet shank (52) |
| a tap handle attached to the beer faucet | The infringing product includes a tap handle (58) attached to the beer faucet (54) |
| faucet shank is connected to the connector. | The infringing product's first end (54) of the faucet shank (52) is connected to the connector (48) |

| 9111131 Claim 10 Element | Infringing Product with reference to D4-D6 |
| --- | --- |
| A product as set forth in claim 1, | The infringing product is identical to that of Claim 1 |
| further comprising a mini-keg growler | The infringing product includes a mini-keg growler (58) |